UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-178-H

FILED
MAY 1 2019
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES OF AMERICA )
                         )
        v.               )        CRIMINAL INFORMATION
                         )
CHARLES ROGER NEWMAN     )
_____)

The United States Attorney charges that:

On or about June 17, 2016, in the Eastern District of North Carolina,
CHARLES ROGER NEWMAN, defendant herein, did knowingly and fraudulently
make a false material statement under oath in and in relation to a case under Title
11 of the United States Code, that is In re Asset Trader, Case No. 16-02794-5-DMW,
in the United States Bankruptcy Court for the Eastern District of North Carolina, by
falsely testifying in a proceeding before the case trustee: that he had not falsified
corporate records of the debtor Asset Trader; and, that the source of a down payment
for the purchase of a home located in Wake Forest, NC, was from funds belonging to
him personally.   All in violation of Title 18, United States Code, Section 152(2).

ROBERT J. HIGDON, JR.
United States Attorney

By:  *Brian C. Behr*

BRIAN C. BEHR
Special Assistant United States Attorney
Criminal Division