# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 5:19-CR-178-1H |
| | ) | |
| CHARLES NEWMAN | ) | |
| *Defendant* | ) | |

FILED IN OPEN COURT
ON 6-6-19
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 06/06/2019

_Charles R Newman_
*Defendant's signature*

_[signature]_
*Signature of defendant's attorney*

Robert E. Waters
*Printed name of defendant's attorney*

_[signature]_
*Judge's signature*

KIMBERLY A. SWANK, US MAGISTRATE JUDGE
*Judge's printed name and title*