IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CR-178-1H

UNITED STATES OF AMERICA,　)
　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　)
　　　　　　　　　　　　　　)　　**ORDER**
　　　　　　　　　　　　　　)
CHARLES ROGER NEWMAN,　　　)
　　　　　　　　　　　　　　)
　　Defendant.　　　　　　　)
　　　　　　　　　　　　　　)

This matter is before the court sua sponte. At the sentencing of defendant on February 11, 2020, this court placed defendant under home confinement with a curfew for 5 months, to be followed by one year of supervised release.

As home confinement requires supervision, and as supervised release may only follow imprisonment, the court committed a technical error in the pronouncement of sentence. Under Rule 35 of the Federal Rules of Criminal Procedure, "[w]ithin 14 days after sentencing, the court may correct a sentence that resulted from arithmetical, technical, or other clear error." The court, finding a technical error, therefore clarifies the sentence as follows:

Defendant shall be placed on probation for a period of 17 months, with the first 5 months to include home detention with a curfew of 7pm to 8am, but without electronic monitoring.

All other aspects of the sentence remain as imposed at sentencing. The clerk shall enter judgment accordingly.

This 13th day of February 2020.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26